**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 10-1339**

———————————

ALEXANDER H. BRADLEY, JR.,

                    Plaintiff – Appellant,

          v.

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS; JON OZMIT; MARK
PRICE, Major; A.J. PADULA,

                    Defendants – Appellees.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Joseph F. Anderson, Jr., District
Judge.  (3:08-cv-02510-JFA)

———————————

Submitted:  June 24, 2010            Decided:  June 29, 2010

———————————

Before DUNCAN, AGEE, and DAVIS, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Alexander H. Bradley, Jr., Appellant Pro Se.  Roy F. Laney,
Thomas Lowndes Pope, Heath McAlvin Stewart, III, RILEY, POPE &
LANEY, LLC, Columbia, South Carolina, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alexander H. Bradley, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and granting summary judgment in favor of Defendants in his complaint alleging that he was terminated from his employment in violation of 42 U.S.C. §§ 1981, 1983 (2006), and South Carolina law. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Bradley v. South Carolina Dep't of Corr., No. 3:08-cv-02510-JFA (D.S.C. Mar. 5, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED